UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* JOSHUA HARMAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:12CV00089 |
| v. | § | |
| | § | JUDGE RODNEY GILSTRAP |
| | § | |
| TRINITY INDUSTRIES, INC. | § | UNDER SEAL |
| | § | |
| Defendant. | § | |

## ORDER EXTENDING THE SEAL PERIOD

Upon consideration of the United States' ex parte motion, pursuant to 31 U.S.C. § 3730 (b) (3) of the False Claims Act, for an extension of time, for a period of approximately six months to and including May 3, 2013, and good cause having been shown therefor, it is hereby

ORDERED that the United States shall have until and including May 3, 2013, to intervene in the captioned action, or to notify the Court that it declines to do so; and it is

ORDERED that the complaint and all other filings shall remain under seal unless the Court orders that the seal be lifted prior to that date.

**So ORDERED and SIGNED this 8th day of November, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE