IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2013 JAN 18 AM 10: 14
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOSHUA HARMAN, ) ) ) | |
| Plaintiff, ) ) | Civil No. 2:12cv000089 |
| v. ) ) | **FILED UNDER SEAL** |
| TRINITY INDUSTRIES, INC., ) ) | |
| Defendant. ) | |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also

requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JOHN MALCOLM BALES
United States Attorney

/s/ Kevin McClendon
KEVIN MCCLENDON
Assistant United States Attorney
Lead Attorney
Texas Bar No. 13408620
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Phone: (972) 509-1201
Fax: (972) 509-1209
Email: kevin.mcclendon@usdoj.gov

                                MICHAEL D. GRANSTON  
                                JAMIE A. YAVELBERG  
                                ANDREW A. STEINBERG  
                                Attorneys, Civil Division  
                                Commercial Litigation Branch  
                                Department of Justice  
                                Post Office Box 261  
                                Ben Franklin Station  
                                Washington, DC 20044  
                                Telephone: 202-616-1437

Dated: January 17, 2013