IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOSHUA HARMAN, on behalf of<br>THE UNITED STATES OF AMERICA,<br><br>PLAINTIFF/Relator,<br><br>v.<br><br>TRINITY INDUSTRIES, INC. and<br>TRINITY HIGHWAY PRODUCTS, LLC,<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:12-cv-0089 |

## PROPOSED ORDER

Now before the Court is the Emergency Motion of Defendants Trinity Industries, Inc. and Trinity Highway Products, LLC, and the similar motion of non-party Texas A&M University System, for a protective order and/or to quash the September 27, 2013 subpoena served on the Jones Day law firm by Plaintiff, United States of America ex rel. Joshua Harman. After considering the motions, the pleadings on file, all the relevant authorities, and having had a hearing with all parties present on January 8, 2014, the motions to quash the Jones Day subpoena are hereby GRANTED.

It is further ORDERED, that all documents in the possession of Jones Day, Defendants, and Texas A&M University System that were produced by Trinity Industries, Inc., Texas A&M University System or any third party in the case of *Trinity Industries, Inc. and Texas A&M University System v. SPIG Industry, LLC*, Civil Action No. 1:11-cv-937 CMH-TRY (E.D. Va.)

("Virginia Action") shall be maintained by Jones Day, Defendants, and Texas A&M University System and shall not be destroyed until further order from this Court.

And it is further ORDERED, that Defendants shall produce all documents in their possession and produced in the Virgina Action that are relevant to the pleaded claims and defenses in this Action.