# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| JOSHUA HARMAN, ON BEHALF OF THE UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Case No. 2:12-CV-89-JRG |
| TRINITY INDUSTRIES, INC., ET AL. | § | |

## MINUTES FOR JURY TRIAL DAY 5
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 18, 2014

**OPEN:** 11:40 a.m.                                                **ADJOURN:** 11:50 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Rob Cobbs <br> Travis DeArman |
| COURT REPORTER: | Shelly Holmes, CSR, CRR |
| COURTROOM DEPUTY: | Jan Lockhart |

11:40 a.m.   Court reconvened.   The Court declared a mistrial for the reasons set forth in the record.   Jury was released.

11:50 a.m.   Court adjourned.