# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> JOSHUA HARMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRINITY INDUSTRIES, INC, and ) <br> TRINITY HIGHWAY PRODUCTS, LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 2:12-CV-89 |

## [PROPOSED] ORDER

The Court GRANTS The Center for Auto Safety and The Safety Institute's Motion to Intervene for the limited purpose of seeking to unseal court documents.