IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> JOSHUA HARMAN, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> TRINITY INDUSTRIES, INC, and ) <br> TRINITY HIGHWAY PRODUCTS, LLC, ) <br>  ) <br> Defendants. ) | Civil Action No. 2:12-CV-89 |

**[PROPOSED] ORDER**

    For the reasons stated in the motion, the Court GRANTS the Center for Auto Safety and The Safety Institute's Motion to Unseal and ORDERS that all documents filed under seal in the above-captioned case be unsealed.