IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. JOSHUA HARMAN, § § § § | |
| *Plaintiff*, § | |
| § | CASE NO. 2:12-CV-00089-JRG |
| *v*. § § | |
| TRINITY INDUSTRIES, INC. and TRINITY HIGHWAY PRODUCTS, LLC, § § § | |
| *Defendants*. | |

## ORDER

The Court has reviewed The Center for Auto Safety and The Safety Institute's Motion to Intervene for the limited purpose of seeking to unseal court documents, the accompanying briefing, and the opposition filed by Defendants. After careful consideration, the Court finds that the Motion (Dkt. No. 403) should be, and hereby is **DENIED**.

Having denied The Center for Auto Safety and The Safety Institute's Motion to Intervene, the Court finds that The Center for Auto Safety and The Safety Institute lack standing to move to unseal documents in this action. Accordingly, said non-parties' Motion to Unseal Documents (Dkt. No. 404) is also **DENIED**.

Notwithstanding the above denials, the Court takes seriously the public's right of access regarding trials and evidence presented in judicial proceedings, as well as the Court's role in enforcing such access. Accordingly, following the trial and return of a verdict in this case, the Court will enter an Order requiring the parties to show good cause why previously sealed

testimony, evidence or other material should remain under seal. Absent such a showing of good cause, the Court may order the same to be unsealed.

**So ORDERED and SIGNED this 4th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE