IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. JOSHUA HARMAN, <br><br> Plaintiff/Relator, <br><br> v. <br><br> TRINITY INDUSTRIES, INC., and TRINITY HIGHWAY PRODUCTS, LLC <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 2:12-cv-0089-JRG |

## VERDICT FORM

**QUESTION 1:** Do you find, from a preponderance of the evidence, that Defendant <u>**Trinity Industries, Inc.**</u> knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim?



_____: YES

_____: NO

**QUESTION 2:**   Do you find, from a preponderance of the evidence, that Defendant **Trinity Highway Products, LLC** knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim?


_____: YES

_____: NO

**If you answered "YES" to EITHER Question 1 or Question 2, proceed to and answer Question 3 on the next page.   If you answered "NO" to BOTH Question 1 and Question 2, do NOT answer Question 3.**

QUESTION 3:   What amount of money, if any, do you find, from a preponderance of the evidence, to be the damages that the United States Government has sustained because of the acts of the Defendant or Defendants that you have found to have violated the False Claims Act?  Answer in dollars.

$ _175,000,000.00_____

ONCE COMPLETE, THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM AND ALERT THE COURT SECURITY OFFICER.

_____           October _20_, 2014
**Signature of Foreperson**                                                  Date

3