**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOSHUA HARMAN, ON BEHALF OF THE UNITED STATES OF AMERICA | § § § § | |
| v. | § § § | Case No. 2:12-CV-89-JRG |
| TRINITY INDUSTRIES, INC., ET AL. | | |

**MINUTES FOR JURY TRIAL DAY 6
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
October 20, 2014

**OPEN:** 8:11 a.m.      **ADJOURN:** 2:23 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Sam Baxter |
| | T. John Ward |
| | George Carpinello |
| | Jeffrey Shelly |
| | Teresa Monroe |
| | Nicholas Gravante |
| | Karen Dyer |
| | Josh Maness |
| | Kurt Truelove |
| | Steven Lawrence |
| | Debbie Seidel |
| | |
| ATTORNEYS FOR DEFENDANTS: | Ethan Shaw |
| | Sarah Teachout |
| | Russell Brown |
| | J. Mark Mann |
| | Mike C. Miller |
| | George Bramblett |
| | James Ho |
| | |
| LAW CLERK: | Travis DeArman |
| | |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

Court opened.   Hearing outside the presence of the jury. Exhibits used prior day read into the record.

Page 2
October 20, 2014
Minutes

Hearing re demonstrative exhibits.   Mr. Carpinello and Ms. Dyer argued for Plaintiff.   Mr. Mann argued for Defendants.

8:17 a.m.   The Court heard objections to Jury Instructions heard.   Mr. Carpinello argued for Plaintiff.   Mr. Roach argued for Defendant.

8:45 a.m.   Recess.

9:09 a.m.   Court gave the Jury preliminary instructions.

9:39 a.m.   Mr. Baxter presented closing argument for Plaintiff.

9:59 a.m.   Mr. Shaw presented closing argument for Defendants.

10:35 a.m.   Mr. Baxter presented rebuttal closing argument for Plaintiff.

10:47 a.m.   Court gave final instructions to Jury.

10:52 a.m.   Jury retired to jury room to begin deliberations.

Notes received during deliberations from Jury requesting documents, flip chart, stand, markers and explanation and clarification of relationship of Trinity entities.

2:15 p.m.   Note from Jury re verdict reached.

2:17 p.m.   Jury returned to courtroom.   Verdict received by Court.   Court polled jury regarding verdict.   Verdict unanimous.

2:22 p.m.   Jurors excused from service.

2:23 p.m.   Court adjourned.