# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 10, 2014

Mr. David Maland
Eastern District of Texas, Marshall
United States District Court
100 E. Houston Street
Room 125
Marshall, TX 75670-0000

  No. 14-41067   In re: Trinity Industries, Inc., et al
           USDC No. 2:12-CV-89

Dear Mr. Maland,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                /s/ Christina Gardner
                By: _____
                Christina A. Gardner, Deputy Clerk
                504-310-7684

cc w/encl:
    Mr. Samuel Franklin Baxter
    Mr. Russell Clay Brown
    Mr. George F. Carpinello
    Mr. Wyatt B. Durrette
    Ms. Karen C. Dyer
    Mr. Nicholas A. Gravante Jr.
    Mr. James C. Ho
    Mr. Josh B. Maness
    Mr. James Mark Mann
    Mr. Mike C. Miller
    Mr. Robert M. Roach Jr.
    Mr. Ethan L. Shaw
    Ms. Rosemary Tyson Snider
    Ms. Sarah Rae Teachout
    Mr. Justin Kurt Truelove
    Mr. Thomas John Ward Jr.