**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JOSHUA HARMAN, | ) ) ) | Civil Action No. 2:12-CV-89 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TRINITY INDUSTRIES, INC, and TRINITY HIGHWAY PRODUCTS, LLC, | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

The Court GRANTS The Center for Auto Safety and The Safety Institute's Renewed Motion to Intervene for the limited purpose of seeking to unseal court documents.