FRANCIS E. MCGOVERN
401 WEST ALABAMA
HOUSTON, TEXAS 77006

April 17, 2015

The Honorable Rodney Gilstrap
District Judge
Sam B. Hall, Jr. Federal Building and United States Courthouse
100 East Houston Street
Marshall, Texas 75670

In re: Trinity Mediation

Dear Judge Gilstrap,

Both parties believe it is worthwhile to continue engaging in the mediation process. As a result, I request an additional period of time to continue the process. I will report every ten days to inform the Court of the advisability of continuing the process.

Sincerely yours,

Francis E. McGovern

cc: Sam Baxter
    Ethan Shaw