FRANCIS E. MCGOVERN
401 WEST ALABAMA
HOUSTON, TEXAS 77006

May 14, 2015

The Honorable Rodney Gilstrap
District Judge
Sam B. Hall, Jr. Federal Building and United States Courthouse
100 East Houston Street
Marshall, Texas 75670

In re: Trinity Mediation

Dear Judge Gilstrap,

The status of the mediation process is unchanged. I will report to the Court again on or before May 29.

Sincerely yours,

Francis E. McGovern

cc: Sam Baxter
    Ethan Shaw